# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2581
_____

JAMES S. MARTIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Jr., Judge.

June 5, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and WOLF and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James S. Martin, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.